UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LIDIJA UJKIC p/k/a LIDIA CURANAJ,       :
                                        :
                Plaintiff,    :    Civil Case No. 16-cv-9608
                                        :
      v.                                :
                                        :
TWENTY-FIRST CENTURY FOX, INC., FOX     :    **NOTICE OF APPEARANCE**
ENTERTAINMENT GROUP LLC, FOX            :
TELEVISION STATIONS, LLC, and BYRON     :
HARMON, in his individual and professional :
capacities,                             :
                                        :
                Defendants.   :
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Douglas H. Wigdor of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Lidija Ujkic in the above-captioned matter.

Dated: December 13, 2016
      New York, New York           Respectfully submitted,

                                              **WIGDOR LLP**

                                              By: _____
                                                  Douglas H. Wigdor

                                              85 Fifth Avenue
                                              New York, NY 10003
                                              Telephone: (212) 257-6800
                                              Facsimile: (212) 257-6845
                                              dwigdor@wigdorlaw.com

                                              *Counsel for Plaintiff*